**Ruth OLASCOAGA, a minor, by and through her Next Friend, Ismael OLASCOAGA, Plaintiff/Appellant,**

v.

**Jams Lee BILDERBACK, Defendant/Respondent.**

**No. ED 95081.**

Missouri Court of Appeals, Eastern District, Division Three.

June 7, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 20, 2011.

John H. Marshall, Jennifer Suttmoeller, Leonard P. Cervantes, St. Louis, MO, For Plaintiff/Appellant.

Jeffrey K. Suess, Heather J. Hayes, St. Louis, MO, For Defendant/Respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Ruth Olascoaga, a minor, by and through her Next Friend, Ismael Olascoaga, appeals from the trial court's judgment entered upon a jury verdict in favor of Janis Lee Bilderback in an automobile-pedestrian collision case. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err in submitting its verdict director. *Boggs ex rel. Boggs v. Lay,* 164 S.W.3d 4, 20 (Mo.App. E.D.2005). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).